**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

JOHN T. JACKSON,                          :

     Plaintiff,                        :

vs.                                                           CA 05-0207-BH-C

                                       :

JO ANNE B. BARNHART,

Commissioner of Social Security,      :

     Defendant.

**<u>JUDGMENT</u>**

In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that plaintiff's complaint be **DISMISSED** pursuant to Rule

41(a)(2) of the Federal Rules of Civil Procedure.

     **DONE** this 11th day of October, 2005.

                                      _____s/ W. B. Hand_____
                                      SENIOR DISTRICT JUDGE